**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6210**

---

RONNIE CLEARACE HEADEN,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge.
(CA-00-672-2)

---

Submitted:  April 12, 2001            Decided:  April 19, 2001

---

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronnie Clearace Headen, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronnie C. Headen seeks to appeal the magistrate judge's[*] order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Headen's motion for appointment of counsel on appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the magistrate judge. See Headen v. Angelone, No. CA-00-672-2 (E.D. Va. Jan. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).

2